■ Evelyn Violante et al., Appellants, v. Spring, Crosby, Lafayette Corp., Respondent.— Appeal unanimously dismissed, with costs to the respondent. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ Hekor Investment Holding Company, Limited, et al., Respondents, v. E. F. Hutton & Company et al., Defendants, and Franz M. Joseph, as Ancillary Administrator, C. T. A. of the Estate of Raymond Patenotre, Deceased, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title to Real Property Required for a Project Known as Harlem Slum Clearance Project, Bounded by West 135th Street and Lenox Avenue, Borough of Manhattan. Drulyne Realty Corporation (D.P. 85 & 86), Appellant.— Decree, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ Edward McMahon, as Administrator of the Estate of Edward D. McMahon, Deceased et al., Plaintiffs, v. Edward B. McGowan et al., Defendants, and City of New York, Defendant and Third-Party Plaintiff-Respondent. Broadway Maintenance Corporation, Third-Party Defendant-Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ John A. Stephen, Formerly Known as Hans Augstein, et al., Respondents, v. Zivnostenska Banka, National Corporation, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ John A. Stephen, Formerly Known as Hans Augstein, et al., Respondents, v. Zivnostenka Banka, National Corporation, Appellant.— Order, denying defendant's motion for a new trial, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ The People of the State of New York, Respondent, v. John Marquez, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ In the Matter of the Accounting of Pearl B. Ruppert et al., as Executors of George E. Ruppert, Deceased. Pearl B. Ruppert, Individually and as Executrix of George E. Ruppert, Deceased, Appellant; Murray Vernon et al., as Executors of George E. Ruppert, Deceased, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ Central Coal Co., Inc., Plaintiff, v. Alfred T. Manacher, Appellant, and Glenn K. Manacher et al., Respondents, et al., Defendant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.